2

Edward A. Smith (SBN 139950)
Stephan M. Brown (SBN 300563)
Daniel J. Griffin (SBN 311236)
The Bankruptcy Group, P.C.
3300 Douglas Blvd., Suite 100
Roseville, CA 95661
(800) 920-5351 (phone)
(916) 242-8588 (fax)
eric@thebklawoffice.com

Attorneys for Defendant
James Brooks Buchanan

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JAMES BROOKS BUCHANAN,<br><br>    Debtor.<br>_____<br>JENNIFER BUCHANAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES BROOKS BUCHANAN, an individual,<br><br>    Defendant. | Case No.: 17-26418<br><br>Chapter 7<br><br>Adversary Proceeding No.: 17-02251<br><br>STIPULATION TO ENLARGE TIME TO PLEAD OR OTHERWISE RESPOND TO ADVERSARY COMPLAINT<br><br>Date: N/A<br>Time: N/A<br>Courtroom: N/A<br><br>Hon. Judge Christopher M. Klein |

## STIPULATION TO ENLARGE TIME TO PLEAD OR OTHERWISE RESPOND TO ADVERSARY COMPLAINT

Pursuant to Local Bankruptcy Rule 7012-1 and 9019-1, Plaintiff Jennifer Buchanan and Defendant James Brooks Buchanan stipulate to a 21-day extension for Defendant to file

Stipulation to Enlarge Time to Plead or Otherwise Respond to Adversary Complaint - 1

1  responsive pleadings. Defendant's deadline to plead or respond is February 19, 2018, unless
2  extended by further court order.

Dated: 1/26/18

Nicholas Lazzarini
Attorney for Plaintiff
Jennifer Buchanan

Dated: 1/26/18

Stephan Brown
Attorney for Defendant
James Buchanan