```
Edward A. Smith (SBN 139950)
Stephan M. Brown (SBN 300563)
Daniel J. Griffin (SBN 311236)
The Bankruptcy Group, P.C.
3300 Douglas Blvd., Suite 100
Roseville, CA 95661
(800) 920-5351 (phone)
(916) 242-8588 (fax)
eric@thebklawoffice.com

Attorneys for Defendant
James Brooks Buchanan
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JAMES BROOKS BUCHANAN,<br><br>    Debtor.<br>_____<br>JENNIFER BUCHANAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES BROOKS BUCHANAN, an individual,<br><br>    Defendant. | Case No.: 17-26418<br><br>Chapter 7<br><br>Adversary Proceeding No.: 17-02251<br><br>ORDER ON STIPULATION TO ENLARGE TIME TO PLEAD OR OTHERWISE RESPOND TO ADVERSARY COMPLAINT<br><br>Date: N/A<br>Time: N/A<br>Courtroom: N/A<br><br>Hon. Judge Christopher M. Klein |

### ORDER ON STIPULATION TO ENLARGE TIME TO PLEAD OR OTHERWISE RESPOND TO ADVERSARY COMPLAINT

Pursuant to the Stipulation to Enlarge Time to Plead or Otherwise Respond to Adversary Complaint, signed by counsel for Plaintiff Jennifer Buchanan ("Plaintiff") and counsel for Defendant James Brooks Buchanan ("Defendant"), entered as Docket Number ___:

///

///

RECEIVED
January 29, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006210661

IT IS ORDERED that, pursuant to Local Bankruptcy Rule 7012-1, Defendant's deadline to plead or respond is February 19, 2018, unless extended by further court order.

Dated: January 30, 2018

_____
United States Bankruptcy Judge